UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00039 |
| | ) | CHIEF JUDGE HAYNES |
| ERICKA BROADNAX | ) | |

## MOTION TO CONTINUE SENTENCING HEARING AND RELATED DEADLINES

Comes now Ericka Broadnax, by and through counsel, and requests this Court to continue the sentencing hearing and related deadlines for sentencing statements and objections. In support of the above request counsel submits the following:

The above styled case is set for a sentencing hearing on January 11, 2013. After discussing the Presentence Investigation Report, Ms. Broadnax, the government, and the United States Probation Office, all agree that there is additional information that is materially relevant to sentencing Ms. Broadnax that has yet to be received. This information has direct bearing on the amount of restitution that Ms. Broadnax would be required to pay. As such, Ms. Broadnax requests that the sentencing hearing be continued. The government has no opposition to this request.

*[handwritten signatures and notation]* Motion GRANTED. Counsel for the parties have 20 days to submit an Agreed Order with a new sentencing date.

1-7-13